ANNIE BELL CONNELL v. THE STATE.

No. 6186.   Decided March 30, 1921.

1.—Robbery—Motion to Dismiss—Practice on Appeal—Jurisdiction.

Neither motion for new trial, statement of facts, nor bill of exceptions is necessary to give jurisdiction of the appeal, and the motion to dismiss on that ground is overruled. Following Sessions v. State, 81 Texas Crim. Rep., 425.

2.—Same—Practice on Appeal—Presumption.

In the absence of a statement of facts, there being no defect in the indictment, this court assumes that the judgment is based on sufficient evidence, and in the absence of bills of exception that the court correctly ruled on questions of practice, the judgment is affirmed.

Appeal from the Criminal District Court of Tarrant. Tried below before the Honorable Geo. E. Hosey.

Appeal from a conviction of robbery; penalty, five years imprisonment in the penitentiary.

The opinion states the case.

No brief on file for appellant.

C. L. Stone, Assistant Attorney General, for the State.

MORROW, Presiding Judge.—Conviction is for robbery; punishment fixed at confinement in the penitentiary for five years.

The motion to dismiss the appeal is overruled. Neither motion for new trial, statement of facts, nor bills of exception is necessary to give jurisdiction of the appeal. Sessions v. State, 81 Texas Crim. Rep., 425, and authorities therein cited.

We discern no defects in the indictment. In the absence of the statement of facts we assume that the judgment is based upon sufficient evidence, and in the absence of bills of exception, that the court correctly ruled upon questions of practice.

The judgment is affirmed.

*Affirmed.*